IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL WILKINSON and
LINDA WILKINSON                                                                             PLAINTIFFS

v.                                                                              CAUSE NO. 5:05 cv 94 DCB/JCS

THE MAYOR AND ALDERMAN OF
THE CITY OF VICKSBURG;
LAURENCE E. LEYENS, MAYOR,
GERTRUDE YOUNG, ALDERWOMAN,
SIDNEY BEAUMAN, ALDERMAN,
IN THEIR OFFICIAL CAPACITIES;
OFFICER SAMUEL CARTER;
OFFICER KEVIN WILLIAMS;
DETECTIVE SANDRA JOHNSON;
OFFICER DAVON GREY;
CAPTAIN MARK CULBERTSON;
DEPUTY CHIEF RICHARD O'BANNON;
JOHN DOES 1-10                                                                              DEFENDANTS

**AGREED ORDER OF DISMISSAL
AS TO SEPARATE DEFENDANT DEVON GRAY**

THIS DAY this cause having come before the Court upon the joint <u>ore tenus</u> motion of counsel for Plaintiff and counsel for the Defendants for dismissal with prejudice as to the separate defendant Officer Davon Gray in this cause and the Court, having been informed that the parties named herein are in agreement thereto, finds that said motion is well taken and should therefore be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the separate defendant, Davon Gray, is hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED, this the   10th   day of   May   , 2007.

                                                  s/ David Bramlette
                                                DISTRICT COURT JUDGE

Prepared By:
REEVE G. JACOBUS, JR., MSB #2986
TIFFANY PIAZZA GROVE, MSB #101455
Attorneys for Plaintiffs