```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       WESTERN DIVISION
```

MICHAEL WILKINSON and
LINDA WILKINSON                                          PLAINTIFFS

VS.                         CIVIL ACTION NO. 5:05-cv-94(DCB)(JMR)

CITY OF VICKSBURG;
OFFICER SAMUEL CARTER;
DETECTIVE SANDRA JOHNSON
CAPTAIN MARK CULBERTSON                                  DEFENDANTS

ORDER

This matter is before the Court on the defendants' motion to continue **(docket entry 151)** and to reopen motion deadline **(docket entry 152)**. In their unopposed motion, the defendants seek leave to file a motion for summary judgment on behalf of Captain Mark Culbertson. This motion was granted at the pretrial conference and the motion has been filed. The defendants' motion in the alternative for a continuance is moot. Accordingly,

IT IS HEREBY ORDERED that the defendants' motion to continue **(docket entry 151)** is MOOT, and the defendants' motion to reopen motion deadline to file a motion for summary judgment on behalf of defendant Culbertson **(docket entry 152)** is GRANTED.

SO ORDERED, this the  4th  day of February, 2008.

                                    s/ David Bramlette
                                 UNITED STATES DISTRICT JUDGE