UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

| | |
|---|---|
| **MICHAEL WILKINSON AND LINDA WILKINSON** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO: 5:05CV00094(DCB)(JMR)** |
| **THE MAYOR AND ALDERMAN OF THE CITY OF VICKSBURG; LAURENCE E. LEYENS, MAYOR, GERTRUDE YOUNG, ALDERWOMAN, SIDNEY BEAUMAN, ALDERMAN, IN THEIR OFFICIAL CAPACITIES; OFFICE SAMUEL CARTER; OFFICER KEVIN WILLIAMS; DETECTIVE SANDRA JOHNSON; OFFICER DAVON GREY; CAPTAIN MARK CULBERTSON; DEPUTY CHIEF RICHARD O'BANNON; JOHN DOES 1-10** | **DEFENDANT** |

## ORDER OF DISMISSAL

Pursuant to a Stipulation of Dismissal filed by the parties with the Clerk of the Court, and as further evidenced by the signatures below of their duly authorized counsel of record, the Court hereby orders that all of the Plaintiffs' claims in the above-titled action against Municipal Defendants, the City of Vicksburg, Mississippi, Samuel Carter and Sandra Johnson, are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and respective costs incurred in connection with this action.

IT IS, THEREFORE, ORDERED that all of Plaintiffs' claims in the above-titled action are hereby dismissed with prejudice.

SO ORDERED, this the  11th  day of March, 2008.

                                                                                      s/ David Bramlette
                                                      UNITED STATES DISTRICT JUDGE

JO.99378384.1

/s/ Tiffany P. Grove
TIFFANY P. GROVE


/s/ Saundra B. Strong
GARY E. FRIEDMAN
SAUNDRA B. STRONG

JO.99378384.1